UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John M Posel,
        Plaintiff(s),

v.

Mid Atlantic Construction, Inc.,
        Defendant(s).

Case No. 1:09cv149
( Litkovitz, M.J)

ORDER

    The Clerk of Court is hereby Ordered to provide lunch for the jury during their deliberations in the above captioned matter.

SO ORDERED.

Date 2/24/12

awh   February 24, 2012

Karen L. Litkovitz
United States Magistrate Judge