UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN M. POSEL,
    Plaintiff

vs

THE DAYTON POWER & LIGHT
dba STUART STATION, et al,
    Defendant

Case No. 1:09-cv-149
Litkovitz, M.J.

**ORDER**

This matter is before the Court on defendant Mid-Atlantic Construction, Inc.'s Motion to Bifurcate Punitive Damages Claim. (Doc. 174). Plaintiff John M. Posel elected not to proceed with his punitive damages claim at trial, and a jury verdict has been rendered in favor of defendant Mid-Atlantic Construction, Inc. in this lawsuit. The motion to bifurcate is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 2/27/2012

Karen L. Litkovitz
United States Magistrate Judge